**Devonte Bernard HARRIS,
Plaintiff–Appellant,**

v.

**Keith HIGGINS; et al., Defendants–
Appellees.**

No. 12–15721.

United States Court of Appeals,
Ninth Circuit.

Submitted July 24, 2013.*

Filed Aug. 2, 2013.

Devonte Bernard Harris, Corcoran, CA,
pro se.

Before: ALARCÓN, CLIFTON, and
CALLAHAN, Circuit Judges.

MEMORANDUM ***

On February 2, 2013, the district court
certified that this appeal is not taken in
good faith and has revoked appellant's in
forma pauperis status. Our review of the
record indicates that appellant is entitled
to in forma pauperis status for this appeal.
*See* 28 U.S.C. § 1915(a).

California state prisoner Devonte Ber-
nard Harris appeals pro se from the dis-
trict court's judgment dismissing his 42
U.S.C. § 1983 action alleging retaliation
and violations of his Eighth Amendment
rights. We have jurisdiction under 28
U.S.C. § 1291. We review for an abuse of
discretion the dismissal of an action for
failure to comply with an order to file an
amended complaint. *Ferdik v. Bonzelet,*
963 F.2d 1258, 1260 (9th Cir.1992). We
vacate and remand.

The district court did not make explicit
findings concerning the five factors rele-
vant to dismissal under Federal Rule of
Civil Procedure 41(b). *Id.* at 1260–61 (de-
scribing relevant factors). We may, how-
ever, "review the record independently to
determine if the district court has abused
its discretion." *Id.* at 1261.

Our review shows that the "extreme cir-
cumstances" justifying dismissal with prej-
udice under Rule 41 may not have been
present. *Id.* at 1260 (dismissal with preju-
dice under Rule 41(b) "is a harsh penalty
and … should only be imposed in extreme
circumstances"); *see also Pagtalunan v.
Galaza,* 291 F.3d 639, 643 (9th Cir.2002)
(granting leave to amend and warning of
dismissal for failure to comply did not
constitute consideration of less drastic al-
ternatives). For example, the order dis-
missing Harris's action states that Harris
did not provide any reason in his motion
for extension of time for his failure to
timely file that motion. His motion, how-
ever, did provide a reason.

Accordingly, because it is not clear from
the record whether dismissal was appro-
priate, we vacate and remand for further
consideration, including whether, under
the relevant factors, dismissal with preju-
dice is warranted.

---

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publi-
  cation and is not precedent except as provid-
  ed by 9th Cir. R. 36–3.

Harris's pending motions are denied as unnecessary.

**VACATED and REMANDED.**

Before: ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.